BRYANT KAZUYOSH IWAI
REG. NO. 07832-122
FMC ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903

August 20, 2025

RECEIVED
CLERK, U. S. DISTRICT COURT
AUG 26 2025
DISTRICT OF HAWAII

Ms. Lucy Carrillo
Clerk of Court
U.S. District Court
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

    RE:   *Iwai v. United States*
           Crim No. 1:15-cr-00723-DKW-1

Dear Ms. Carrillo:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

                        Sincerely,

                        BRYANT KAZUYOSH IWAI
                        Appearing *Pro Se*

*Encl. as noted*