BRYANT KAZUYOSH IWAI
REG. NO. 07832-122
FMC ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903

RECEIVED
CLERK, U. S. DISTRICT COURT
OCT 20 2025
DISTRICT OF HAWAII

October 15, 2025

Ms. Lucy Carrillo
Clerk of Court
U.S. District Court
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

   RE:   *United States v. Iwai*
         Crim No. 1:15-cr-00723-DKW-1

Dear Ms. Carrillo:

Enclosed please find and accept for filing Defendant's Reply to United States' Response to Defendant's Motion for Compassionate Release ((ECF NO. 255). Please submit this Reply to the Court.

Thank you for your assistance in this matter.

                                            Sincerely,

                                            [signature]

                                            _____
                                            BRYANT KAZUYOSH IWAI
                                            Appearing *Pro Se*

*Encl. as noted*